IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD BRATTON,

        Plaintiff,                            No. CIV S-11-0781 MCE GGH P

    vs.

A. HEDGPETH, Warden, et al.,

        Defendants.               <u>ORDER</u>

_____/

        On September 16, 2011, plaintiff filed an "objection," which the Court will construe as a request for reconsideration of the magistrate judge's orders filed on August 18, 2011 (ECF Nos. 11, 12), screening plaintiff's amended complaint and assessing a filing fee. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the Court finds that it does not appear that the magistrate judge's rulings were clearly erroneous or contrary to law.

///
///
///
///
///

1       Therefore, IT IS HEREBY ORDERED that plaintiff's Objections (request for
2 reconsideration) is DENIED.

3    Dated: January 27, 2012

                                           _____
                                           MORRISON C. ENGLAND, JR.
                                           UNITED STATES DISTRICT JUDGE